**Jesse V. FERNANDEZ, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 75286.**

Missouri Court of Appeals, Western District.

July 23, 2013.

Jeannie Willibey, Kansas City, MO, for appellant.

Andrew Hooper, Jefferson City, MO, for respondent.

Before JAMES EDWARD WELSH, C.J., VICTOR C. HOWARD, and MARK D. PFEIFFER, JJ.

## ORDER

PER CURIAM:

Jesse V. Fernandez appeals the circuit court's judgment denying his Rule 24.035 motion for post-conviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).